**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES SIMPSON,<br><br>      Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Respondents. | Case No. 1:14-cv-01660-LJO-BAM-HC<br><br>ORDER DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE (DOC. 1)<br><br>ORDER DISMISSING PETITIONER'S MOTION FOR INJUNCTIVE RELIEF (DOC. 2)<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is the Petitioner's notice of voluntary dismissal of the petition.

    I.   <u>Voluntary Dismissal of the Petition</u>

    The petition and a motion for injunctive relief were filed on October 20, 2014. The named respondent has not appeared in the action. On November 3, 2014, Petitioner filed a notice of withdrawal of both his petition and his motion.

    Subject to other provisions of law, a petitioner may

1

voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a).  Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper.  Id.

Here, no answer or motion to dismiss has been served or filed. Thus, Petitioner is entitled to dismissal.

II.   Disposition

Accordingly, it is ORDERED that:

1)  Pursuant to Petitioner's voluntary request, the petition for writ of habeas corpus is DISMISSED without prejudice; and

2)  Petitioner's motion for injunctive relief is DISMISSED as moot; and

3)  The Clerk is DIRECTED to close this action because this order terminates the proceeding in its entirety.

IT IS SO ORDERED.

Dated:   **December 6, 2014**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE